1040

No. 98–8419. ROLE v. TEAMSTERS UNION LOCAL 11 ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–8689. VIEFHAUS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 98–8699. PELLEGRINO v. FANTER. C. A. 9th Cir. Certiorari denied. 

No. 98–9016. JENSEN v. INTERNAL REVENUE SERVICE. C. A. 9th Cir. Certiorari denied. 

No. 98–9069. SAFOUANE ET UX. v. WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES. Ct. App. Wash. Certiorari denied.

No. 98–9076. BEATTY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 98–9077. CARTER v. FREESTONE COUNTY JAIL ET AL. C. A. 5th Cir. Certiorari denied. 

No. 98–9080. BOWMAN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. 

No. 98–9083. WARREN v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 98–9097. OLICK v. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–9098. LOYA SALAS v. GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9099. FISHER ET UX. v. SUNKIST GROWERS. C. A. 9th Cir. Certiorari denied.

No. 98–9103. HUDD v. SHIFFMAN ET AL. C. A. 7th Cir. Certiorari denied. 

No. 98–9108. HERNANDEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.